Official Form 1 (10/06)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HACHMANN, WILLIAM E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**HACHMANN, JEAN A.** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6628** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-7938** |
| Street Address of Debtor (No. and Street, City, and State):<br>**44 North Vail Avenue, #506**<br>**Arlington Heights, IL**<br>ZIP Code **60005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**44 North Vail Avenue, #506**<br>**Arlington Heights, IL**<br>ZIP Code **60005** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
| --- | --- |
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
| --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
| --- | --- | --- | --- | --- |

Official Form 1 (10/06)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HACHMANN, WILLIAM E.**<br>**HACHMANN, JEAN A.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="1"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td colspan="1"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ JOSEPH E. COHEN          November 21, 2006</b><br>Signature of Attorney for Debtor(s)          (Date)<br><b>JOSEPH E. COHEN</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (10/06)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**HACHMANN, WILLIAM E.**

**HACHMANN, JEAN A.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ WILLIAM E. HACHMANN**

Signature of Debtor **WILLIAM E. HACHMANN**

**X**  **/s/ JEAN A. HACHMANN**

Signature of Joint Debtor  **JEAN A. HACHMANN**

Telephone Number (If not represented by attorney)

**November 21, 2006**

Date

### Signature of Attorney

**X**  **/s/ JOSEPH E. COHEN**

Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**

Printed Name of Attorney for Debtor(s)

**COHEN & KROL**

Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

Address

**312-368-0300  Fax: 312-368-4559**

Telephone Number

**November 21, 2006**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X** _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **WILLIAM E. HACHMANN**
**JEAN A. HACHMANN**

Debtor(s)

Case No. _____

Chapter  **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ WILLIAM E. HACHMANN**
                          **WILLIAM E. HACHMANN**

Date:   **November 21, 2006**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **WILLIAM E. HACHMANN**
**JEAN A. HACHMANN**
_____
Debtor(s)

Case No. _____
Chapter   **11**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ JEAN A. HACHMANN**
                         **JEAN A. HACHMANN**
Date:  **November 21, 2006**

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **WILLIAM E. HACHMANN**
      **JEAN A. HACHMANN**

Debtor(s)      Case No. _____

Chapter    **11**  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AMERICAN EXPRESS**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **AMERICAN EXPRESS**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **Express Marking, Inc.** | | **47,447.46** |
| **AMERICAN EXPRESS**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **AMERICAN EXPRESS**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **Re: Express Marking, Inc.** | | **21,784.54** |
| **AMERICAN EXPRESS**<br>**Suite 0002**<br>**Chicago, IL 60679** | **AMERICAN EXPRESS**<br>**Suite 0002**<br>**Chicago, IL 60679** | | | **12,006.82** |
| **AMERICAN EXPRESS BLUE**<br>**Customer Service**<br>**P. O. Box 7863**<br>**Fort Lauderdale, FL 33329-7863** | **AMERICAN EXPRESS BLUE**<br>**Customer Service**<br>**P. O. Box 7863**<br>**Fort Lauderdale, FL 33329-7863** | | | **12,735.76** |
| **CAPITAL ONE, F.S.B.**<br>**GC Services Limited**<br>**P.O. Box 36347**<br>**Houston, TX 77236-9998** | **CAPITAL ONE, F.S.B.**<br>**GC Services Limited**<br>**P.O. Box 36347**<br>**Houston, TX 77236-9998** | **Re: Unique Personalized Products** | | **9,818.20** |
| **CHASE BANK**<br>**P. O. Box 15129**<br>**Wilmington, DE 19850** | **CHASE BANK**<br>**P. O. Box 15129**<br>**Wilmington, DE 19850** | | | **17,000.00**<br><br>**(0.00 secured)** |
| **CHASE BANK**<br>**Cardmember Service**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886-5153** | **CHASE BANK**<br>**Cardmember Service**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886-5153** | | | **16,451.40** |
| **CITIBANK AADVANTAGE**<br>**BUSINESS CARD**<br>**P. O. Box 6309**<br>**The Lakes, NV 88901-6309** | **CITIBANK AADVANTAGE BUSINESS CARD**<br>**P. O. Box 6309**<br>**The Lakes, NV 88901-6309** | **Re: Express Marking, Inc.** | | **25,950.79** |
| **CITIBANK PLATINUM**<br>**SELECT CARD**<br>**P. O. Box 688910**<br>**Des Moines, IA 50368-8910** | **CITIBANK PLATINUM SELECT CARD**<br>**P. O. Box 688910**<br>**Des Moines, IA 50368-8910** | | | **42,872.05** |
| **CONSOLIDATED STAMP**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **CONSOLIDATED STAMP**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **Express Marking, Inc. - Illinois** | | **54,232.17** |

In re   **WILLIAM E. HACHMANN**
_____**JEAN A. HACHMANN**_____     Case No.   _____
_____**Debtor(s)**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | _Amount of claim [if secured, also state value of security]_ |
| **CONSOLIDATED STAMP**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **CONSOLIDATED STAMP**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **Express Marking, Inc. - Florida** | | **11,419.52** |
| **CONSOLIDATED STAMP, INC.**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **CONSOLIDATED STAMP, INC.**<br>**7220 Wilson Avenue**<br>**Harwood Heights, IL 60706** | **Re:  Express Marking, Inc.**<br>**764 W. Algonquin Road**<br>**Arlington Heights, IL  60006** | | **106,752.29** |
| **DISCOVER CARD**<br>**P. O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | **DISCOVER CARD**<br>**P. O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | | | **11,998.31** |
| **LaSALLE BANK**<br>**Commercial Loan Operations**<br>**P. O. Box 2549**<br>**Chicago, IL 60690** | **LaSALLE BANK**<br>**Commercial Loan Operations**<br>**P. O. Box 2549**<br>**Chicago, IL 60690** | **Express Marking, Inc.** | | **107,000.00** |
| **LaSALLE BANK, N.A.**<br>**135 South La Salle Street**<br>**Chicago, IL 60603-3499** | **LaSALLE BANK, N.A.**<br>**135 South La Salle Street**<br>**Chicago, IL 60603-3499** | **Re: Unique Personalized Products** | | **19,309.39** |
| **M&R MARKING SYSTEMS, LLC**<br>**100 Springfield Avenue**<br>**Piscataway, NJ 08855** | **M&R MARKING SYSTEMS, LLC**<br>**100 Springfield Avenue**<br>**Piscataway, NJ 08855** | **Re: Express Marking, Inc.**<br>**764 W. Algonquin Road**<br>**Arlington Heights, IL  60006** | | **134,241.11** |
| **MBNA AMERICA**<br>**P. O. Box 15137**<br>**Wilmington, DE 19886-5137** | **MBNA AMERICA**<br>**P. O. Box 15137**<br>**Wilmington, DE 19886-5137** | | | **24,554.00** |
| **MEDIA SOLUTION SERVICES, LLC**<br>**c/o Racquel Crespi Wientraub**<br>**2 Gr Cen Tower/140 E.45th St, 19th**<br>**New York, NY 10019** | **MEDIA SOLUTION SERVICES, LLC**<br>**c/o Racquel Crespi Wientraub**<br>**2 Gr Cen Tower/140 E.45th St, 19th**<br>**New York, NY 10019** | **Judgment - State of New York** | | **52,000.00** |
| **SEARS GOLD MASTERCARD**<br>**P. O. Box 183082**<br>**Columbus, OH 43218-3082** | **SEARS GOLD MASTERCARD**<br>**P. O. Box 183082**<br>**Columbus, OH 43218-3082** | | | **15,796.62** |
| **WELLS FARGO**<br>**WF Business Direct**<br>**P. O. Box 348750**<br>**Sacramento, CA 95834** | **WELLS FARGO**<br>**WF Business Direct**<br>**P. O. Box 348750**<br>**Sacramento, CA 95834** | **Express Marking, Inc.** | | **100,417.86** |

In re   **WILLIAM E. HACHMANN**
       **JEAN A. HACHMANN**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 21, 2006**              Signature   **/s/ WILLIAM E. HACHMANN**
                                                       **WILLIAM E. HACHMANN**
                                                       Debtor

Date   **November 21, 2006**              Signature   **/s/ JEAN A. HACHMANN**
                                                       **JEAN A. HACHMANN**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 6D (10/06)

In re  **WILLIAM E. HACHMANN,**
    **JEAN A. HACHMANN,**

                      Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1127050842**<br><br>**AMERICA SERVICING CO.** | | J | **First Mortgage**<br><br>**460 Clearview Avenue, W.**<br>**Southold, NY  11971**<br><br>Value $       **550,000.00** | | | | **438,009.90** | **0.00** |
| Account No. **10520016121456**<br><br>**CHASE BANK**<br>**P. O. Box 15129**<br>**Wilmington, DE 19850** | | W | **Automobile Loan**<br><br><br>Value $       **0.00** | | | | **17,000.00** | **17,000.00** |
| Account No. **0622048585**<br><br>**WASHINGTON MUTUAL**<br>**P. O. Box 3139**<br>**Milwaukee, WI 53201** | | J | **First Mortgage**<br><br>**Residence located at**<br>**44 N. Vail Avenue, #505**<br>**Arlington Heights, IL  60005**<br><br>Value $       **595,000.00** | | | | **476,491.40** | **0.00** |
| Account No. | | | <br><br><br>Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **931,501.30** | **17,000.00** |
| Total<br>(Report on Summary of Schedules) | **931,501.30** | **17,000.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (10/06)

In re    **WILLIAM E. HACHMANN,**            Case No. _____
          **JEAN A. HACHMANN**
_____,
                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                  **0**     continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re **WILLIAM E. HACHMANN,**               Case No. _____
      **JEAN A. HACHMANN,**
                                                ,
                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3723-178100-12003** <br><br>**AMERICAN EXPRESS** <br>**Box 0001** <br>**Los Angeles, CA 90096-0001** | | J | Express Marking, Inc. | | | | 47,447.46 |
| Account No. **3783-656041-85000** <br><br>**AMERICAN EXPRESS** <br>**Box 0001** <br>**Los Angeles, CA 90096-0001** | | H | Re: Express Marking, Inc. | | | | 21,784.54 |
| Account No. **3710-4279479-5008** <br><br>**AMERICAN EXPRESS** <br>**Suite 0002** <br>**Chicago, IL 60679** | | H | | | | | 12,006.82 |
| Account No. **3712-846593-92006** <br><br>**AMERICAN EXPRESS BLUE** <br>**Customer Service** <br>**P. O. Box 7863** <br>**Fort Lauderdale, FL 33329-7863** | | W | | | | | 12,735.76 |
| **_6_** continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | 93,974.58 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:29730-061102   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **WILLIAM E. HACHMANN,**
      **JEAN A. HACHMANN**
                                                      ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **972 660-8330 454 4** <br><br> **AT&T** <br> **P. O. Box 930170** <br> **Dallas, TX 75393** | | | | J | | Re:  Express Marking, Inc. | | | | 231.74 |
| Account No. **4802 1323 9897 4777** <br><br> **CAPITAL ONE, F.S.B.** <br> **GC Services Limited** <br> **P.O. Box 36347** <br> **Houston, TX 77236-9998** | | | W | | | Re: Unique Personalized Products | | | | 9,818.20 |
| Account No. **5491 0409 2051 8843** <br><br> **CHASE BANK** <br> **Cardmember Service** <br> **P. O. Box 15153** <br> **Wilmington, DE 19886-5153** | | H | | | | | | | | 16,451.40 |
| Account No. **5588 3280 0152 6395** <br><br> **CITIBANK AADVANTAGE BUSINESS CARD** <br> **P. O. Box 6309** <br> **The Lakes, NV 88901-6309** | | H | | | | Re: Express Marking, Inc. | | | | 25,950.79 |
| Account No. **1488** <br><br> **CITIBANK PLATINUM SELECT CARD** <br> **P. O. Box 688910** <br> **Des Moines, IA 50368-8910** | | H | | | | | | | | 42,872.05 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,324.18

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **WILLIAM E. HACHMANN,**
    **JEAN A. HACHMANN**

Case No. _____

                                                         Debtors,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CONSOLIDATED STAMP** <br> **7220 Wilson Avenue** <br> **Harwood Heights, IL 60706** | | J | **Express Marking, Inc. - Illinois** | | | | 54,232.17 |
| Account No. <br><br> **CONSOLIDATED STAMP** <br> **7220 Wilson Avenue** <br> **Harwood Heights, IL 60706** | | J | **Express Marking, Inc. - Florida** | | | | 11,419.52 |
| Account No. <br><br> **CONSOLIDATED STAMP, INC.** <br> **7220 Wilson Avenue** <br> **Harwood Heights, IL 60706** | | J | Re: Express Marking, Inc. <br> 764 W. Algonquin Road <br> Arlington Heights, IL 60006 | | | | 106,752.29 |
| Account No. **6011 0076 0751 8502** <br><br> **DISCOVER CARD** <br> **P. O. Box 30395** <br> **Salt Lake City, UT 84130-0395** | | W | | | | | 11,998.31 |
| Account No. <br><br> **INTERNATIONAL MARKING AND IDENTIFICATION ASSOC.** <br> **655 Rockland Rd., Ste 5** <br> **Lake Bluff, IL 60044** | | J | Re: Express Marking, Inc. | | | | 2,700.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,102.29

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **WILLIAM E. HACHMANN,**
        **JEAN A. HACHMANN**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**JAMESON & DUNAGAN, P.C.**<br>**3890 W. Northwest Highway**<br>**Suite 550**<br>**Dallas, TX 75220** | J | | | **Eagle Equity, Inc.**<br>**Rent - Texas** | | | | 8,800.00 |
| Account No.<br><br>**JOSEPH REAL ESTATE SERVICES, LTD.**<br>**666 Dundee Road**<br>**Suite 303**<br>**Northbrook, IL 60062** | J | | | **Re: Express Marking, Inc.**<br>**764 W. Algonquin Road**<br>**Arlington Heights, IL 60006** | | | | 6,737.15 |
| Account No. **5500003716**<br><br>**LaSALLE BANK**<br>**Commercial Loan Operations**<br>**P. O. Box 2549**<br>**Chicago, IL 60690** | J | | | **Express Marking, Inc.** | | | | 107,000.00 |
| Account No. **Loan No. 55000007223**<br><br>**LaSALLE BANK, N.A.**<br>**135 South La Salle Street**<br>**Chicago, IL 60603-3499** | W | | | **Re: Unique Personalized Products** | | | | 19,309.39 |
| Account No.<br><br>**M&R MARKING SYSTEMS, LLC**<br>**100 Springfield Avenue**<br>**Piscataway, NJ 08855** | J | | | **Re: Express Marking, Inc.**<br>**764 W. Algonquin Road**<br>**Arlington Heights, IL  60006** | | | | 134,241.11 |

Sheet no. __**3**___ of __**6**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

276,087.65

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **WILLIAM E. HACHMANN,**                                    Case No. _____
        **JEAN A. HACHMANN**

_____,
                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W | J / C | | | | | |
| Account No. **43-725-074-809-0** | | | | | | | | |
| **MACY'S** P. O. Box 689195 Des Moines, IA 50368-9195 | | H | | | | | | 3,169.16 |
| Account No. **5401 2682 3700 4327** | | | | | | | | |
| **MBNA AMERICA** P. O. Box 15137 Wilmington, DE 19886-5137 | | W | | | | | | 24,554.00 |
| Account No. **Index No. 101616/06** | | | | Judgment - State of New York | | | | |
| **MEDIA SOLUTION SERVICES, LLC** c/o Racquel Crespi Wientraub 2 Gr Cen Tower/140 E.45th St, 19th New York, NY 10019 | | W | | | | | | 52,000.00 |
| Account No. | | | | Re: Elizabeth Hachmann | | | | |
| **NATIONAL LEWIS UNIVERSITY** Atten:  Lesly Molin 1000 Capital Drive Wheeling, IL 60090 | | J | | | | | | 4,195.00 |
| Account No. **06-50-16-000 8** | | | | Re: Express Marking, Inc. | | | | |
| **NICOR GAS** P. O. Box 310 Aurora, IL 60507 | | J | | | | | | 621.74 |

Sheet no. __4___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **84,539.90**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **WILLIAM E. HACHMANN,**
     **JEAN A. HACHMANN**
                              Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2500 5603 903** | | | | **Leased Vehicle** | | | | |
| **NISSAN MOTOR ACCEPTANCE CORP.** **NMAC Bankruptcy Department** **P. O. Box 660366** **Dallas, TX 75266-0366** | | H | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **NORTHWEST COMMUNITY HOSPITAL** **800 West Central Road** **Arlington Heights, IL 60005** | | J | | | | | | 599.80 |
| Account No. **NW-6020671** | | | | **medical William** | | | | |
| **NORTHWEST SUBURBAN ANESTHESIA** **P. O. Box 88648** **Chicago, IL 60680** | | J | | | | | | 450.00 |
| Account No. **6403316-001** | | | | **Re:  Express Marking, Inc.** | | | | |
| **PITNEY BOWES CREDIT CORP.** **c/o Caine & Weiner** **P. O. Box 8500** **Van Nuys, CA 91409** | | J | | | | | | 933.88 |
| Account No. **5121 0717 5739 7082** | | | | | | | | |
| **SEARS GOLD MASTERCARD** **P. O. Box 183082** **Columbus, OH 43218-3082** | | H | | | | | | 15,796.62 |

| | | |
|---|---|---|
| Sheet no. __**5**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **17,780.30** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

11/21/06  4:08PM

Official Form 6F (10/06) - Cont.

In re    **WILLIAM E. HACHMANN,**            Case No. _____
        **JEAN A. HACHMANN**
_____,
                                   Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **62238** <br><br> **TRODAT MARKING PRODUCTS, INC.** <br> **8339 Highway 18** <br> **Jackson, MS 39209** | | J | | Re: Express Marking, Inc. <br> 764 W. Algonquin Road <br> Arlington Heights, IL  60006 | | | | 5,914.14 |
| Account No. **Claim No. 284737285-BP** <br><br> **Veolis Environment Services** <br> **RMS** <br> **4836 Brookeville Road** <br> **Richfield, OH 44286** | | J | | Re: Express Marking, Inc. | | | | 254.39 |
| Account No. **5474 6442 4635 3099** <br><br> **WELLS FARGO** <br> **WF Business Direct** <br> **P. O. Box 348750** <br> **Sacramento, CA 95834** | | J | | Express Marking, Inc. | | | | 100,417.86 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 106,586.39 |
| | Total <br> (Report on Summary of Schedules) | 861,395.29 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **WILLIAM E. HACHMANN**
**JEAN A. HACHMANN**

Case No. _____

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **9,961.00** |
| Prior to the filing of this statement I have received | $ | **9,961.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 21, 2006**

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

JOSEPH E. COHEN _____   X  **/s/ JOSEPH E. COHEN**         **November 21, 2006**
Printed Name of Attorney                    Signature of Attorney          Date
Address:
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**WILLIAM E. HACHMANN**
**JEAN A. HACHMANN** _____   X  **/s/ WILLIAM E. HACHMANN**    **November 21, 2006**
Printed Name of Debtor                       Signature of Debtor            Date

Case No. (if known) _____   X  **/s/ JEAN A. HACHMANN**       **November 21, 2006**
                                            Signature of Joint Debtor (if any)   Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    **WILLIAM E. HACHMANN**
         **JEAN A. HACHMANN**

Debtor(s)

Case No. _____

Chapter    **11**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **40**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:  **November 21, 2006**              **/s/ WILLIAM E. HACHMANN**
                                          **WILLIAM E. HACHMANN**
                                          Signature of Debtor

Date:  **November 21, 2006**              **/s/ JEAN A. HACHMANN**
                                          **JEAN A. HACHMANN**
                                          Signature of Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

AMERICA SERVICING CO
P. O. Box 98910
Des Moines, IA 50368-8910

CITIBANK PLATINUM SELECT CARD
P. O. Box 98910
Des Moines, IA 50368-8910

LaSALLE BANK
Commercial Loan Operations
P. O. Box 2549
Chicago, IL 60690

AMERICAN EXPRESS
Box 0001
Los Angeles, CA 90096-0001

CONSOLIDATED STAMP
7220 Wilson Avenue
Harwood Heights, IL 60706

LaSALLE BANK, N.A.
135 South La Salle Street
Chicago, IL 60603-3499

AMERICAN EXPRESS
Box 0001
Los Angeles, CA 90096-0001

CONSOLIDATED STAMP
7220 Wilson Avenue
Harwood Heights, IL 60706

M&R MARKING SYSTEMS, LLC
100 Springfield Avenue
Piscataway, NJ 08855

AMERICAN EXPRESS
Suite 0002
Chicago, IL 60679

CONSOLIDATED STAMP, INC.
7220 Wilson Avenue
Harwood Heights, IL 60706

MACY'S
P. O. Box 689195
Des Moines, IA 50368-9195

AMERICAN EXPRESS BLUE
Customer Service
P. O. Box 7863
Fort Lauderdale, FL 33329-7863

DISCOVER CARD
P. O. Box 30395
Salt Lake City, UT 84130-0395

MBNA AMERICA
P. O. Box 15137
Wilmington, DE 19886-5137

AT&T
P. O. Box 930170
Dallas, TX 75393

EAGLE - DFW CORPORATE PARK, L.P.
P. O. Box910498
Dallas, TX 75391-0498

MEDIA SOLUTION SERVICES, LL
c/o Racquel Crespi Wientraub
2 Gr Cen Tower/140 E.45th St, 19t
New York, NY 10019

CAPITAL ONE, F.S.B.
GC Services Limited
P.O. Box 36347
Houston, TX 77236-9998

GC SERVICE LIMITED
6330 Gulfton
Houston, TX 77081

NATIONAL LEWIS UNIVERSITY
Atten:  Lesly Molin
1000 Capital Drive
Wheeling, IL 60090

CHASE BANK
Cardmember Service
P. O. Box 15153
Wilmington, DE 19886-5153

INTERNATIONAL MARKING AND
IDENTIFICATION ASSOC.
655 Rockland Rd., Ste 5
Lake Bluff, IL 60044

NICOR GAS
P. O. Box 310
Aurora, IL 60507

CHASE BANK
P. O. Box 15129
Wilmington, DE 19850

JAMESON & DUNAGAN, P.C.
3890 W. Northwest Highway
Suite 550
Dallas, TX 75220

NISSAN MOTOR ACCEPTANCE C
NMAC Bankruptcy Department
P. O. Box 660366
Dallas, TX 75266-0366

CITIBANK AADVANTAGE BUSINESS CARD
P. O. Box 6309
The Lakes, NV 88901-6309

JOSEPH REAL ESTATE SERVICES, LTD
666 Dundee Road
Suite 303
Northbrook, IL 60062

NISSAN MOTOR ACCEPTANCE C
Bankruptcy Department
P. O. Box 660366
Dallas, TX 75266-0366

800 West Central Road
Arlington Heights, IL 60005

Northwest Community Hospital
OSI Collection Services, Inc
1375 East Woodfield Road Suite 110
Schaumburg, IL 60173-5447

NORTHWEST SUBURBAN ANESTHESIA
P. O. Box 88648
Chicago, IL 60680

PITNEY BOWES CREDIT CORP.
c/o Caine & Weiner
P. O. Box 8500
Van Nuys, CA 91409

SEARS GOLD MASTERCARD
P. O. Box 183082
Columbus, OH 43218-3082

Trodat Marking Prod - 104587
First Financial Services of America
P.O. Box 816
Frankfort, IL 60423

TRODAT MARKING PRODUCTS, INC.
8339 Highway 18
Jackson, MS 39209

Veolis Environment Services
RMS
4836 Brookeville Road
Richfield, OH 44286

WASHINGTON MUTUAL
P. O. Box 3139
Milwaukee, WI 53201

WELLS FARGO
WF Business Direct
P. O. Box 348750
Sacramento, CA 95834